UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00211-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  SIMON SANDOVAL-DE LAO,
     a/k/a Arturo Garcia,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court on Defendant Simon Sandoval-De Lao's pro se "Motion for Resentencing/Reconsideration Alternatively Notice of Appeal with Declaration" (filed November 28, 2007, docket # 20).  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Defendant is currently represented by counsel, and the Court will not consider a motion that the Defendant has filed pro se.  Further, counsel has filed a Notice of Appeal on behalf of Defendant.  Accordingly, Defendant's pro se Motion for Resentencing/Reconsideration Alternatively Notice of Appeal with Declaration" is **DENIED**.

Dated:  November 29, 2007